Mississippi denied. *Messrs. Garner W. Green, Forrest B. Jackson,* and *Marcellus Green* for petitioners. No appearance for respondents.

No. 705. SHAPIRO *v.* UNITED STATES. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Michael Shapiro, pro se. Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 706. WALKER *v.* WALKER. April 3, 1939. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Weightstill Woods* for petitioner. *Mr. James A. O'Callaghan* for respondent.

No. 709. KARDON *v.* WILLING, RECEIVER. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henry Arronson* for petitioner. No appearance for respondent.

No. 710. ATCHISON, T. & S. F. RY. Co. *v.* SUPERIOR COURT OF CALIFORNIA ET AL. April 3, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Robert Brennan, Mark Webster Reed, Leo E. Sievert,* and *Harley Kellogg Lockwood* for petitioner. *Mr. Louis E. Goodman* for respondents.